# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  )
    **Aaron Thomas Stringer**  )
)
)    Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    March 26, 2019                                   /s/ Aaron Thomas Stringer
                                                                              Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
|  | Sacramento, CA 95814 |  |
|  | Physical Address: |  |
|  | 1200 I Street, Suite 4 |  |
|  | Modesto, CA 95354 |  |

EDC 2-100   (Rev. 6/20/17)

```
Aaron Thomas Stringer

American Express
P.O. Box 981535
El Paso, TX 79998

Bank of America
P.O. Box 30750
Los Angeles, CA 90030

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O Box 15298
Wilmington, DE 19850

Discover
P.O. Box 30943
Salt Lake City, UT 84130

ExxonMobil
P.O. Box 6404
Sioux Falls, SD 57117

Ford Motor Credit
3600 Carothers Parkway, #101
Franklin, TN 37067

Granite State Management & Resources
P.O. Box 3420
Concord, NH 03302

MB Financial Bank
6111 North River Road
Des Plaines, IL 60018

Nelson & Kennard, Attorneys at Law
P.O. Box 13807
Sacramento, CA 95853

Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348

Target
P.O. Box 660170
Dallas, TX 75266
```