Certificate Number: 15111-CAE-DE-032669330

Bankruptcy Case Number: 19-11174



15111-CAE-DE-032669330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 15, 2019</u>, at <u>8:40</u> o'clock <u>AM EDT</u>, <u>Aaron Thomas Stringer</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date: <u>April 15, 2019</u>     By: <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>