PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQ., #180030
BONNI S. MANTOVANI, ESQ. #106353
ANNA LANDA, ESQ. #276607
DIANA TORRES-BRITO, ESQ. #163193
ALEXANDER G. MEISSNER, ESQ. #315437
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
M.158-172.NF
Attorneys for Movant MB Financial Bank, its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| In re | Bk. No. 19-11174 |
| AARON THOMAS STRINGER, | Motion No. PPR-1 |
| | CHAPTER 7 |
| Debtor. | Hearing-<br>Date : June 5, 2019<br>Time : 9:45A.M.<br>Place : U.S. Bankruptcy Court<br>510 19th Street<br>Bakersfield, CA<br>Dept. A, Courtroom 11<br>Judge: Fredrick E. Clement |
| ________________________________ / | |

EXHIBITS A - C
IN SUPPORT OF MOVANT MB FINANCIAL BANK NA'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

Exhibit A – Contract – Pages 1-3
Exhibit B – Title – Pages 4-5
Exhibit C - Black Book – Page 6

REDACTED

# RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Buyer Name and Address: Aaron Stringer, 4416 pebble creek dr, Bakersfield, CA 93312, Kern

Seller-Creditor (Name and Address): Fred Cummings Motorsports, 2211 Chester Avenue, Bakersfield, CA 93301

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2015 | Yamaha | | | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 4.49 % | $ 1,402.93(e) | $ 11,857.07 | $ 13,260.00(e) | $ 14,260.00(e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 221.00 | Monthly beginning 09/10/2015 |

## ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories $ 10,847.97 (A)
     1. Cash Price Vehicle $ 10,847.97
     2. Cash Price Accessories $ 0.00
     3. Other (Nontaxable) Describe $ 0.00; Describe $ 0.00
   - B. Document Processing Charge (not a governmental fee) $ 80.00 (B)
   - C. Emissions Testing Charge (not a governmental fee) $ 0.00 (C)
   - D. (Optional) Theft Deterrent Device (to whom paid) $ 0.00 (D)
   - E. (Optional) Theft Deterrent Device (to whom paid) $ 0.00 (E)
   - F. (Optional) Theft Deterrent Device (to whom paid) $ 0.00 (F)
   - G. (Optional) Surface Protection Product (to whom paid) $ 0.00 (G)
   - H. (Optional) Surface Protection Product (to whom paid) $ 0.00 (H)
   - I. EV Charging Station (to whom paid) $ 0.00 (I)
   - J. Sales Tax (on taxable items in A through I) $ 819.60 (J)
   - K. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (to whom paid) MVSC $ 29.00 (K)
   - L. (Optional) Service Contract (to whom paid) Yamaha Service Contract $ 895.00 (L)
   - M. (Optional) Service Contract (to whom paid) $ 0.00 (M)
   - N. (Optional) Service Contract (to whom paid) $ 0.00 (N)
   - O. (Optional) Service Contract (to whom paid) $ 0.00 (O)
   - P. (Optional) Service Contract (to whom paid) $ 0.00 (P)
   - Q. Prior Credit or Lease Balance paid by Seller $ 0.00 (Q)
   - R. (Optional) Gap Contract (to whom paid) $ 0.00 (R)
   - S. (Optional) Used Vehicle Contract Cancellation Option Agreement $ 0.00 (S)
   - T. Other (to whom paid) For $ 0.00 (T)
   - Total Cash Price (A through T) $ 12,671.57 (1)
2. Amounts Paid to Public Officials
   - A. Vehicle License Fees $ 124.00 (A)
   - B. Registration/Transfer/Titling Fees $ 58.00 (B)
   - C. California Tire Fees $ 3.50 (C)
   - D. Other $ 0.00 (D)
   - Total Official Fees (A through D) $ 185.50 (2)
3. Amount Paid to Insurance Companies $ 0.00 (3)
4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee $ 0.00 (4)
5. Subtotal (1 through 4) $ 12,857.07 (5)
6. Total Downpayment
   - A. Agreed Trade-In Value Year N/A Make N/A Model N/A Odometer 0 VIN N/A $ 0.00 (A)
   - B. Less Prior Credit or Lease Balance $ 0.00 (B)
   - C. Net Trade-In $ 0.00 (C)
   - D. Deferred Downpayment $ 0.00 (D)
   - E. Manufacturer's Rebate $ 0.00 (E)
   - F. Other $ 0.00 (F)
   - G. Cash $ 1,000.00 (G)
   - Total Downpayment (A through G) $ 1,000.00 (6)
7. Amount Financed (5 less 6) $ 11,857.07 (7)

SELLER ASSISTED LOAN — Proceeds of Loan From: N/A; Amount $ 0.00; Finance Charge $ 0.00; Total $ 0.00; Payable in N/A installments of $ 0.00

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

### STATEMENT OF INSURANCE

#### Vehicle Insurance

Total Vehicle Insurance Premiums $ 0.00

#### Application for Optional Credit Insurance

Credit Life: N/A; Credit Disability: N/A; $ 0.00; Total Credit Insurance Premiums $ 0.00

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X ______ Date 08/11/2015 Co-Buyer Signature X ______ Date 08/11/2015

Seller Signs: Fred Cummings Motorsports Date 08/11/2015 By X ______ Title

ORIGINAL LIENHOLDER

EXHIBIT A

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

      **GAP LIABILITY NOTICE**
      In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductibles. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods installed on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

      This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property;
      - The vehicle is lost, damaged or destroyed; or
      - You break any agreements in this contract.

      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the face of this contract, not to exceed the highest rate permitted by law, until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Servicing and Collection Contacts.**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **Applicable Law**
   Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

8. **Warranties of Buyer.** You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of California Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE**
**CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Seller assigns its interest in this contract to M. B. FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller: FRED CUMMINGS MOTORSPORTS By: [signature] Title: SEC/TREAS

Form No. 553-CA-ARB (rev. 1/13)

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST
B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)
D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN    MO. DAY YR
F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE X
J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER: SMT910K14FT672453    YR. MODEL MAKE: 2015 TRUM    PLATE NUMBER: 22K3965    REDACTED

REG 138A (REV. 10/2012)

---

## STATE OF CALIFORNIA – CERTIFICATE OF TITLE

REDACTED

MOTORCYCLE
VEHICLE ID NUMBER: SMT910K14FT672453    YR MODEL: 2015    MAKE: TRUM    PLATE NUMBER: 22K3965
BODY TYPE MODEL: MC    UNLADEN/MAX WEIGHT: G    FUEL: G    TRANSFER DATE:    FEES PAID: NONE    REGISTRATION EXPIRATION DATE: 08/12/2016
YR 1ST SOLD: 2015    CLASS: CN    YR:    MO:    EQUIPMT/TRUST NUMBER: AB    ISSUE DATE: 02/11/19
MOTORCYCLE ENGINE NUMBER: 7673924    ODOMETER DATE: 08/11/2015    ODOMETER READING: 72 MI
ACTUAL MILEAGE

REGISTERED OWNER(S):
STRINGER AARON
820 MONROE AVE NW 213
GRAND RAPIDS
MI 49503

LIENHOLDER(S):
MB FNCL BK NA
PO BX 5191
DES PLAINES
IL 60017

REDACTED

EXHIBIT B

4

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). ***This form is to be used ONLY for the vehicle described on the attached title.***

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER *(Please print or type.)*

**Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.**

NEW REGISTERED OWNER

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| | X | | |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |
| | X | | |

LEASED VEH. ONLY — 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

NEW LIENHOLDER

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID — ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

DEALER TRANSACTIONS ONLY

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.** — R/S NUMBER

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. — R/S NUMBER

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* – Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. — R/S NUMBER

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

**Contact Information** **3/28/2019**

Company: Individual Users
Contact: Pablo Lucena
E-Mail: plucena@mbfinancial.com
Telephone: 847-653-2839
Fax:

**Notes**

**Vehicle Info For 2015 Triumph Bonneville T100**

MSRP: $9,399
Fin Adv: $6,.:45
Displacement: 865
VIN: SMT910K1F
UVC: 2015047011
Cylinders: 2

**PowerSports & Motorcycles Black Book values as of 03/01/2019**

| Average Retail | Auction Wholesale | Clean Trade | Fair Trade |
|---|---|---|---|
| $6,685 | $5,500 | $5,450 | $5,140 |

**Black Book Add/Deducts**

EXHIBIT C