**1**

**RELIEF FROM STAY INFORMATION SHEET**
**\* \* \* \* INSTRUCTIONS ON FORM EDC 3-468-INST \* \* \* \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** Aaron Thomas Stringer     **CASE NO.** 19-11174

**MOVANT:** MB Financial Bank NA     **DC NO.** PPR-1

**HEARING DATE/TIME:** June 5, 2019     9:45 A.M.

**RELIEF IS SOUGHT AS TO**

( ) REAL PROPERTY     Assessor Parcel Number (APN): _____
(X) PERSONAL PROPERTY     If applicable, Vehicle Identification Number (VIN) _____
( ) STATE COURT LITIGATION

1. **Address OR description of property or state court action** 2015 Triumph Bonneville T214, VIN SMT910K14FT672453
_____

2. **Movant's trust deed is a** ( ) 1st ( ) 2nd ( ) 3rd ( ) Other:_____

   OR

   **Leased property is** ( ) Residential ( ) Non-residential   Term: ( ) Month-to-Month ( ) Other

3. **Verified appraisal filed?** _____   **Movant's valuation of property** $ 5,500.00

4. **The following amounts are presently owing to movant for:**

| PRINCIPAL | INTEREST | COSTS | TOTAL | |
|---|---|---|---|---|
| $ 1,584.01 | $ 118.65 | $ 66.30 | $ 1,768.96 | Suspense of $0.00 has been applied. |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.**

   _____   $_____
   _____   $_____
   _____   $_____

   **TOTAL ALL LIENS**   $ 1,768.96
   **DEBTOR'S EQUITY**   $ 3,731.04

6. **Monthly payment is** $ 221.00, **of which** $ 0.00 **is for impound account. Monthly late charge is** $ 11.05.

7. **The last payment by debtor was received on** 09/10/18 **and was applied to the payment due** 09/10/18.

8. **Number of payments past due and amount:** (a) Pre-petition 6   $ 1,326.00   (b) Post-Petition 0   $ 0.00.

9. **Notice of Default was recorded on** n/a. **Notice of sale was published on** n/a.

10. **If a chapter 13 case, in what class is this claim?** n/a

11. **Grounds for seeking relief (check as applicable):**

    (X) § 362(d)(1)     ( ) § 362(d)(2)     ( ) § 362(d)(3)     ( ) § 362(d)(4)

    ( ) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

    ( ) Surrendered pursuant to Statement of Intention. ( ) Report of No Distribution has been filed.

    (X) Other Movant repossessed vehicle prepetition and desires to proceed with sale of its collateral.

12. **For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.**
    Lender alleges that Debtor is delinquent for the October 10, 2018 through March 10, 2019 payments.

EDC 3-468 (Rev. 11/10)